

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

_____

*970 Broad Street, 7th floor*                    *973-645-2700*
*Newark, New Jersey 07102*

November 24, 2025

Hon. Cari Fais
United States Magistrate Judge
United States Post Office and Federal Courthouse
Newark, NJ 07101


      Re:   <u>Luis Marte Tavares, Mag. No. 25-9083-CF-5</u>

Judge Fais:

    Attached, please find a proposed protective order, consented to by the Government and counsel for the defendant. This order would allow the Government to share pre-indictment discovery in a timely manner while protecting privacy interests of others.


        Respectfully submitted,

        TODD BLANCE
        U.S. Deputy Attorney General

        ALINA HABBA
        Acting United States Attorney
        Special Attorney

        _____
By:    DAVID E. MALAGOLD
        TREVOR A. CHENOWETH
        Assistant U.S. Attorney

CC: Michael Rubas, Esq.