**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cari Fais |
| v. | : | Mag. No. 25-9083 |
| LUIS MARTE TAVARES | : | **ORDER FOR CONTINUANCE** |

1. This matter came before the Court on the joint application of the United States (Assistant U.S. Attorney Andrew Kogan, appearing), and defendant Luis Marte Tavares (Jason Goldman, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through October 31, 2026.

2. This Court granted nine § 3161(h)(7)(A) continuances previously in this case.

3. Counsel for the parties represented that this additional continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4. Counsel for the United States also represented that this additional continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6. The defendant, through counsel, has consented to this continuance.

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

a. Defendant's alleged conduct involves extensive electronic communication and tracking numbers. Counsel for the defendant requires adequate time to review the case, any preindictment discovery material to be provided by the Government, and to confer with the defendant.

b. Despite the exercise of diligence, therefore, the circumstances of this case require giving defense counsel a reasonable amount of additional time for effective preparation.

c. Both the United States and the defendant desire additional time to consider a plea agreement, which would render grand jury proceedings and a trial in this matter unnecessary.

d. Thus, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued to and through October 31, 2026; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

s/ Cari Fais
Hon. Cari Fais
United States Magistrate Judge

Dated: August 20, 2026

Form and entry consented to:

Andrew Kogan
Assistant U.S. Attorneys

David Gelfand, Esq.
Counsel for Defendant

*/s/ Benjamin Levin*
Benjamin Levin
Chief, Cybercrime Unit